

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00478-CV

———————————————

JERALD H. MILLER JR., Appellant

V.

TARRANT COUNTY APPRAISAL DISTRICT, Appellee

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-329967-21

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

Appellant Jerald H. Miller Jr. attempts to appeal from a trial court order denying his motion for recusal. *See generally* Tex. R. Civ. P. 18a. But "[a]n order denying a motion to recuse may be reviewed only . . . on appeal from the final judgment," Tex. R. Civ. P. 18a(j)(1)(A), and no final judgment has been entered.

Because our appellate jurisdiction is limited to the review of final judgments and immediately appealable interlocutory orders, *see In re Lakeside Resort JV, LLC*, 689 S.W.3d 916, 920 (Tex. 2024) (orig. proceeding); *Miller v. Martinez*, No. 02-24-00223-CV, 2024 WL 3195131, at \*1 (Tex. App.—Fort Worth June 27, 2024, no pet.) (per curiam) (mem. op.), we notified Miller of our concern that we lacked jurisdiction over his appeal. We warned that we could dismiss the appeal unless, within ten days, Miller (or any other party) showed grounds for continuing it. *See* Tex. R. App. P. 42.3(a), 44.3. More than ten days have passed, and we have not received a response.

Accordingly, we dismiss Miller's attempted appeal for want of jurisdiction. Tex. R. App. P. 42.3(a), 43.2(f); *see Miller*, 2024 WL 3195131, at \*1 (dismissing attempted interlocutory appeal from order denying recusal motion).

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Delivered: December 5, 2024